UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:12-00206 |
| | ) | JUDGE CAMPBELL |
| BARRY TURNER | ) | |

ORDER

Pending before the Court is Defendant Barry Turner's Motion to Modify Condition of Pretrial Release (Docket No. 140). Through the Motion, the Government indicates it does not oppose the Motion. Accordingly, the Motion is GRANTED.

    IT IS SO ORDERED.

                                                                                    TODD J. CAMPBELL
                                                                                  UNITED STATES DISTRICT JUDGE